IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| FARSHAD FARROKH NEJAD, Petitioner, vs. PHILIP CRAWFORD, Director ICE Field Office, Respondent. | No. CV 05-3789-PHX-ROS (BPV) **REPORT AND RECOMMENDATION** |

On November 22, 2005, Petitioner Farshad Farrokh Nejad, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 alleging that immigration officials were holding him in detention pending his removal to Iran, but that his removal could not be effected. Petitioner filed an Amended Petition on January 11, 2006. Petitioner sought his immediate release from custody on the grounds that his indefinite detention with no prospect that his removal would be effected in the reasonably foreseeable future was not authorized by law. *See Zadvydas v. Davis*, 533 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will accept the alien's return in the reasonably foreseeable future, the immigration laws do not permit the INS to detain the alien indefinitely; rather, the INS has the authority to detain aliens only for a reasonable time beyond the normal 90-day statutory removal period).

On March 29, 2006, Respondent filed a Suggestion of Mootness (Doc. 9) indicating that Petitioner was released on March 20, 2006, under an Order of Supervision. The

1 Respondent argues the case is now moot. On April 7, 2006, this court gave Nejad until April
2 28, 2006, to show good cause why this case should not be dismissed as moot. The court
3 specifically warned Nejad that the case may be dismissed without further notice if he failed
4 to respond. He did not respond.

## RECOMMENDATION

6 The Magistrate Judge recommends that the District Court, after its independent review
7 of the record, enter an order DISMISSING the Petition for Writ of Habeas Corpus as MOOT.
8 Pursuant to 28 U.S.C. §636 (b), any party may serve and file written objections within
9 10 days of being served with a copy of this report and recommendation. If objections are not
10 timely filed, they may be deemed waived. If objections are filed, the parties should use the
11 following case number: CIV 05-3789-PHX-ROS.
12 DATED this 4th day of May, 2006.

_____
Bernardo P. Velasco
United States Magistrate Judge